

"Chris Green"
<chris_green@msn.com>
03/01/2005 05:26 PM

To <newcases.seattle@wawd.uscourts.gov>
cc
bcc
Subject FW: Onkar Singh v Experian Information Solutions Inc

Dear Clerk:
Please accept for filing the complaint, summons and civil cover in the above referenced case. Thank you for your courtesies.
Sincerely,
Chris Green

Christopher E. Green
Attorney at Law
600 Puget Sound Plaza
1325 Fourth Avenue
Seattle WA 98101
(206) 686-4558
(206) 686-2558 facsmile
chris_green@msn.com

