The Honorable Thomas S Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ONKAR SINGH,<br><br>            Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendant. | NO.  CV05-335Z<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT |

Defendant Experian Information Solutions, Inc. ("Experian") by its attorneys hereby answers the Complaint of Plaintiff Onkar Singh upon information and belief as follows:

1.     In response to paragraph 1 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681(p), and the doctrine of supplemental jurisdiction, and that venue lies in the Western District of Washington.  Experian states that this is a legal conclusion which is not subject to denial or admission.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT (CV05-335Z) - 1

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

542421.1/024643.00003

2. In response to paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged damages based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*, and state law obligations. Experian states that this is a legal conclusion which is not subject to denial or admission.

3. In response to paragraph 3 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 3 of the Complaint.

4. In response to paragraph 4 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California. Experian further admits that it is qualified to do business and does conduct business in the State of Washington.

5. In response to paragraph 5 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 5 of the Complaint.

6. In response to paragraph 6 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT (CV05-335Z) - 2

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

542421.1/024643.00003

7. In response to paragraph 7 of the Complaint, Experian admits that Exhibit 1, attached to the Complaint, appears to be a copy of consumer correspondence to Experian. Experian states that Exhibit 1 speaks for itself and on that basis, denies any allegations of paragraph 7 inconsistent therewith.

8. In response to paragraph 8 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein on the grounds that it does not understand the allegations as pled.

9. In response to paragraph 9 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 9 of the Complaint.

10. In response to paragraph 10 of the Complaint, Experian admits that Exhibit 3, attached to the Complaint, appears to be a copy of consumer correspondence to Experian. Experian states that Exhibit 3 speaks for itself and on that basis, denies any allegations of paragraph 10 inconsistent therewith.

11. In response to paragraph 11 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 11 of the Complaint.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT (CV05-335Z) - 3

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

542421.1/024643.00003

1    12.    In response to paragraph 12 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

13.    In response to paragraph 13 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

14.    In response to paragraph 14 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

15.    In response to paragraph 15 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE

### (IMMUNITY)

Plaintiff's claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT (CV05-335Z) - 4

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

542421.1/024643.00003

## THIRD AFFIRMATIVE DEFENSE

## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH AFFIRMATIVE DEFENSE

## (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian has neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE)

Plaintiff has failed to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE

## (LACHES)

The Complaint and each claim for relief therein is barred by laches.

## SEVENTH AFFIRMATIVE DEFENSE

## (CONTRIBUTORY NEGLIGENCE)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT (CV05-335Z) - 5

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

542421.1/024643.00003

## EIGHTH AFFIRMATIVE DEFENSE

## (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of the Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE

## (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

## (INTERVENING CAUSE)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were not the direct and proximate result of Experian's conduct, but of an independent intervening cause.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT (CV05-335Z) - 6

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

542421.1/024643.00003

## TWELFTH AFFIRMATIVE DEFENSE

### (PREEMPTION)

To the extent that Plaintiff brings claims under state law provisions which are inconsistent with the Fair Credit Reporting Act, such claims are barred by the doctrine of Federal preemption.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (FAILURE TO NAME PROPER PARTIES)

Plaintiff has failed to name all necessary indispensable parties.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses as such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian prays as follows:

1. That Plaintiff take nothing by virtue of the Complaint herein and that her action be dismissed in its entirety;

2. For costs of suit and attorneys' fees herein incurred; and

3. For such other and further relief as the Court may deem just and proper.

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT (CV05-335Z) - 7

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

542421.1/024643.00003

DATED this 25th day of March, 2005.

        SHORT CRESSMAN & BURGESS PLLC

By   /s/ Michael J. Crisera
    Michael J. Crisera, WSBA No. 30353
    mcrisera@scblaw.com
    999 Third Avenue, Suite 3000
    Seattle, WA 98104-4088
    Phone: (206) 682-3333
    Fax: (206) 340-8856
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2005, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Christopher E Green**
chris_green@msn.com

By   /s/ Michael J. Crisera
    Michael J. Crisera, WSBA No. 30353
    mcrisera@scblaw.com
    999 Third Avenue, Suite 3000
    Seattle, WA 98104-4088
    Phone: (206) 682-3333
    Fax: (206) 340-8856
    Attorneys for Defendant

EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT (CV05-335Z) - 8

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

542421.1/024643.00003